608 A.2d 494

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellant,

v.

Joseph KALLINGER, Appellee.

Supreme Court of Pennsylvania.

Submitted May 4, 1992.

Decided June 17, 1992.

No. 3 Middle District Appeal Docket.

David B. Farney, Asst. Counsel, Theodore G. Otto, Chief Counsel, for appellant.

Jeffrey J. Wander, Honesdale, for Joseph Kallinger.

David Ferleger, Philadelphia, for Kallinger's Guardian At Litem.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is affirmed.